EDITH H. BROWNE, Respondent, v. WILLIAM W. BROWNE, as Executor of MILES E. BROWNE, Deceased, Appellant.— 

Close, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.